UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE ANTROBUS, ET AL.,

                        Plaintiffs,

        -against-

UNIFIED COURT SYSTEM, ET AL.,

                     Defendants.

21-CV-0380 (CM)

ORDER OF PARTIAL DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated January 15, 2021, the Court directed Plaintiffs, within thirty days, to pay the $402.00 in fees required to file a civil action in this Court, or to each submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization. Moreover, because Andre Antrobus was the only individual who signed the complaint, the Court directed the other detainees listed as plaintiffs that if they wished to proceed, they must either sign the complaint or submit a declaration in lieu of signature. The January 15, 2021 order specified that failure to comply would result in dismissal of the complaint. Only Plaintiff Andre Antrobus submitted an IFP Application and Prisoner Authorization.[1] Accordingly, the complaint is dismissed without prejudice as to all plaintiffs except Andre Antrobus. *See* 28 U.S.C. §§ 1914, 1915. This action will proceed with Andre Antrobus as the sole Plaintiff.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

---

[1] The order was returned as undeliverable for many of those listed as plaintiffs.

*Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    February 16, 2021
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge